## STEELCRAFT INDUSTRIAL & DEVELOPMENT CORPORATION, Appellant,

v.

## Gordon R. ENGLAND, Secretary of the Navy and Defense Reutilization & Marketing Service, Appellee.

No. 01–1256.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2002.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36